**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

2012 JUN -1  PM 2: 15

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
                    DEPUTY

SOUTHWEST PHARMACY SOLUTIONS, INC. d/b/a
AMERICAN PHARMACIES,
                          Plaintiff

-vs-                                                        Case No.  A-12-CA-142-SS

THOMAS SUEHS, EXECUTIVE COMMISSIONER
OF THE TEXAS HEALTH AND HUMAN SERVICES
COMMISSION,
                          Defendant
_____

## O R D E R

BE IT REMEMBERED on the *1st* day of June 2012 the Court entered its order granting

Defendant's motion to dismiss, and thereafter enters the following:

IT IS ORDERED that the above-styled and numbered cause be, and the same is

hereby, DISMISSED WITHOUT PREJUDICE to the rights of any party herein with each

party to bear their own costs.

IT IS FURTHER ORDERED that all pending motions are terminated.

SIGNED on this the _____*1st*_____ day of June, 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE